No. 8927. STATE OF MONTANA, EX REL. LESLIE HUDSON *v.* DISTRICT COURT OF THE THIRTEENTH JU-

DICIAL DISTRICT, In and For the COUNTY OF STILL-WATER, and HON. BEN HARWOOD, a Judge Thereof.

Decided Oct. 14, 1949.

Relator pro se.

Per Curiam.

The petition being insufficient to state facts entitling petitioner to relief, the write of mandamus prayed for is denied.